IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS LUCIANO,     : | |
|    Petitioner           : | |
| : | No. 1:19-cv-348 |
| v.                   : | |
| : | (Judge Kane) |
| WARDEN DOUGLAS K. WHITE,     : | |
|    Respondent      : | |

**ORDER**

**AND NOW**, on this 17th day of May 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to update the docket to reflect that Petitioner is currently confined at the Pittsburgh RRM halfway house;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED WITHOUT PREJUDICE** as premature and for failure to exhaust administrative remedies; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                        s/ Yvette Kane
                                        Yvette Kane, District Judge
                                        United States District Court
                                        Middle District of Pennsylvania